## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>     Mark D. Scott,<br>          Debtor. | Chapter 13 |
| HSBC Bank USA, National Association as Trustee for<br>Ellington Loan Acquisition Trust 2007-2, Mortgage<br>Pass-Through Certificates, Series 2007-2,<br>          Movant,<br>vs.<br>Mark D. Scott,<br>          Debtor / Respondent,<br>and<br>William C. Miller,<br>          Trustee / Respondent. | Case No.: 18-11996-mdc |

## DECLARATION IN SUPPORT OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY
## AND CO-DEBTOR STAY

I, _____ Mary Gracia _____, declare under penalty of perjury as follows:

1.    I am employed as a Bankruptcy Specialist of Nationstar Mortgage, LLC, D/B/A Mr. Cooper and am authorized to sign this declaration on behalf of Movant. This supplemental declaration is provided in support of the Motion for Relief from Stay and Co-Debtor Stay (the "Motion") filed contemporaneously herewith.

2.    . As part of my job responsibilities for Nationstar Mortgage, LLC D/B/A Mr. Cooper, I have personal knowledge of and am familiar with the types of records maintained by Nationstar Mortgage, LLC D/B/A Mr. Cooper, in connection with the loan that is the subject of the Motion (the "Loan") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of Nationstar Mortgage LLC D/B/A Mr. Cooper, that pertain to the Loan and extensions of credit given to Debtor and Co-Debtor concerning the property securing such Loan.

3.    The information in this declaration is taken from Nationstar Mortgage LLC D/B/A Mr. Cooper's business records regarding the Loan.  The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of Nationstar Mortgage LLC D/B/A Mr. Cooper's regularly conducted business activities; and (c) it is the regular practice of Nationstar Mortgage LLC D/B/A Mr. Cooper to make such records.

4.    The Debtor, Mark D. Scott, and Non-Filing Co-Debtor, Jacqueline B. Scott, have executed and delivered or are otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Note").  Pursuant to that certain Mortgage executed by Debtor, Mark D. Scott, and Non-Filing Co-Debtor, Jacqueline B. Scott, referenced in the Motion (the "Mortgage"), all obligations of the Debtor and Co-Debtor under and with respect to the Note and the Mortgage are secured by the property referenced in the Motion.

5.    As of May 23, 2018, there are one or more defaults in paying Debtor and Co-Debtors' post-petition amounts due with respect to the Note.

6.    As of May 23, 2018, the unpaid principal balance of the Note is $334,349.43.

7.    The following chart sets forth those post-petition payments, due pursuant to the terms of the Note, that have been missed by the Debtor and Co-Debtor as of May 23, 2018:

| Number of Missed Payments | From | To | Missed Principal and Interest | Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 2 | 4/1/2018 | 5/1/2018 | $2,005.45 | $940.78 | $2,946.23 | $5,892.46 |
| Less Suspense | | | | | | ($    0.00) |

Total:    **$5,892.46**

8.    As of May 23, 2018, the total post-petition arrearage/delinquency is $5,892.46. This is the amount necessary to cure any post-petition default on or about the date hereof.

9.    The next payment under the terms of the Note will come due on June 1, 2018 and is in the amount of $2,946.23.

10.    Attached hereto to the Motion for Relief from the Automatic Stay as Exhibit A is a post-petition payment history, which history is incorporated herein by reference.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __31__ day of 20 _18_____, __May__.

Name: _____

Title: Bankruptcy Specialist

Mary Gracia
Assistant Secretary of
Nationstar Mortgage LLC
d/b/a Mr. Cooper
Affiant