IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Mark D. Scott,<br>                             Debtor. | Chapter 13 |
| HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2,<br>                             Movant,<br>vs.<br>Mark D. Scott,<br>                       Debtor / Respondent,<br>and<br>William C. Miller,<br>                       Trustee / Respondent. | Case No.: 18-11996-mdc |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY
AND 11 U.S.C. § 1301(c) AS TO CO-DEBTOR STAY**

AND NOW, this _19th_ day of _June_____, 20_18_____, it is hereby

**ORDERED** that HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor, Mark D. Scott, and under 11 U.S.C. § 1301(c) as to Co-Debtor, Jacqueline B. Scott, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights in rem under the mortgage as determined by state and/or other applicable law with regard to the real property known as and located at 2990 Brambling Ln, Norristown, PA 19403;

**ORDERED** that Movant shall be permitted to communicate with the Debtor, Co-Debtor, and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

BY THE COURT:

_____
Hon. Magdeline D. Coleman, U.S.B.J.

cc:    Matthew C. Waldt, Esquire
        William C. Miller, Trustee
        Mark D. Scott
        Jacqueline B. Scott